IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

TASHIA GREENE, on behalf of
Patrick K. Young,

    Plaintiff,
v.                                          CASE NO. 1:07-cv-00227-MP-WCS

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.
_____/

## **O R D E R**

This matter is before the Court on Doc. 19, Report and Recommendation of the Magistrate Judge, which recommends that the decision of the Commissioner of Social Security to discontinue the award of supplemental security benefits to Plaintiff be affirmed. The Magistrate Judge filed the Report and Recommendation on Thursday, June 5, 2008. The parties have been furnished a copy of the Report and have been afforded an opportunity to file objections. Pursuant to Title 28, United States Code, Section 636(b)(1), this Court must make a *de novo* review of those portions to which an objection has been made. In this instance, however, no objections were made.

The Plaintiff was awarded children's supplemental security income benefits on June 1, 2000, based upon a diagnosis of Kawasaki's disease and juvenile rheumatoid arthritis. After a hearing on October 3, 2006, the Administrative Law Judge ("ALJ") affirmed the decision of the Commissioner to discontinue benefits because Plaintiff's disability had ceased. Because the treating physician found that Plaintiff had no restrictions in two or more domains of functioning, the ALJ concluded that Plaintiff was not disabled under the Social Security Act. Under 42

U.S.C. § 405(g), the Commissioner's decision must be affirmed if it is supported by substantial evidence and the correct legal standards have been applied.  Graham v. Apfel, 129 F.3d 1420, 1422 (11th Cir. 1997).

The Court agrees with the Magistrate that Plaintiff has not shown that he has a "marked" limitation in two or more domains of functioning, or an "extreme" limitation in one domain.  On account of this, substantial evidence supports the ALJ's decision that Plaintiff is not disabled.  Therefore, having considered the Report and Recommendation, I have determined that it should be adopted.  Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. The Magistrate Judge's Report and Recommendation, Doc. 19, is adopted and incorporated by reference in this order.

2. The decision of the Commissioner denying benefits is AFFIRMED.

**DONE AND ORDERED** this   *9th* day of July, 2008

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge